IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:10mc138

IN RE: OFFICIAL COURT CLOSING

THIS MATTER is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina and all related court agencies will be closed on Thursday, November 25, 2010, and on Friday, November 26, 2010 for the Thanksgiving holiday.

Further, for the month of December 2010, there will be no additional closing of the court.

IT IS SO ORDERED THIS 20th DAY OF OCTOBER, 2010.

Robert J. Conrad, Jr., Chief
U.S. District Judge